IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL GRECCO,  FORMER
HUSBAND,

      Appellant,

v.

ASHLEY GRECCO, FORMER
WIFE,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2913

_____/

Opinion filed December 1, 2016.

An appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

Kerry Adkison of Kerry Adkison, P.A., Chipley, for Appellant.

H. Matthew Fuqua of Fuqua & Milton, P.A., Marianna, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.